34 So.2d 32

**B. E. GARDNER v. STATE.**

**7 Div. 924.**

Court of Appeals of Alabama.

Jan. 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

---

29 So.2d 896

**James Wesley GARRETT v. STATE.**

**7 Div. 881.**

Court of Appeals of Alabama.

Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

35 So.2d 919

**Alfred GARTMAN v. STATE.**

**6 Div. 546.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

29 So.2d 897

**Jimmie Lee GARY v. STATE.**

**4 Div. 968.**

Court of Appeals of Alabama.

Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

---

35 So.2d 919

**Oscar GAY v. STATE.**

**6 Div. 571.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

33 So.2d 276

**Willard Alfred GAY v. STATE.**

**6 Div. 433.**

Court of Appeals of Alabama.

Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.